IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC.; ASTELLAS US LLC; ASTELLAS PHARMA US, INC.; MEDIVATION, INC.; MEDIVATION PROSTATE THERAPEUTICS, INC. and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, | ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 17-542 (GMS) ) |
| ROXANE LABORATORIES, INC., WEST-WARD PHARMACEUTICALS CORP., WEST-WARD PHARMACEUTICALS INTERNATIONAL LIMITED, and HIKMA PHARMACEUTICALS PLC, | ) ) ) ) ) ) |
| Defendants. | ) |

## DECLARATION OF MAILING

Maryellen Noreika declares as follows:

1. I am a partner at the law firm of Morris, Nichols, Arsht & Tunnell LLP, counsel to plaintiffs in this action.

2. On information and belief, Defendant Roxane Laboratories, Inc. is a corporation organized and existing under the laws of the State of Nevada, having its principal place of business at 1809 Wilson Road, Columbus, Ohio 43228.

3. On June 12, 2017, copies of the Summons, Complaint and related papers in this action were sent via Federal Express pursuant to 10 *Del. C.* § 3104, to Roxane Laboratories, Inc.; 1809 Wilson Road; Columbus, OH 43228; Attn: Legal Department. *See* Exhibit A.

4. On June 13, 2017, I received notification that Roxane Laboratories, Inc. received the Summons, Complaint and related papers on June 13, 2017. *See* Exhibit B.

2

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 13, 2017.

*/s/ Maryellen Noreika*
_____
Maryellen Noreika (#3208)

2